**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

NOT DESIGNATED FOR PUBLICATION

Bonita K. Preuett-Armour                    John Patrick Doggett
Armour Law Firm                             Provosty, Sadler, & DeLaunay
P. O. Box 710                               P.O. Drawer 1791
Alexandria LA 71309                         Alexandria LA 71309-1791

**REHEARING ACTION: April 29, 2009**

**Docket Number: 08   01548-CA**

**JENNIFER S. SPENCER**
**VERSUS**
**PHONG T. UONG, ET AL.**

**Appealed from Rapides Parish Case No. 221,414**

**BEFORE JUDGES:**

Hon. Oswald A. Decuir
Hon. Elizabeth A. Pickett
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clarendon National Ins. Co.** has this day been

**DENIED.**
Gremillion, J., would grant the rehearing and convert this appeal to a supervisory
writ.  La.Code Civ.P. art. 2164.

cc: Joseph Payne Williams, Counsel for the Appellee
    Thomas Overton Wells, Counsel for the Appellant
    Jeffrey I. Mandel, Counsel for the Appellee